UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN J. ICKES,<br><br>     Plaintiff,<br><br>     v.<br><br>J.S. WALTON, UNKNOWN PARTIES, WILLIAM MAYS, BRAD WEESEL, and RUNGY,<br><br>     Defendant. | Case No. 15-cv-1168-JPG-SCW |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation of Dismissal (Doc. 45) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who have appeared in this case. Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds that all claims in this case are **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court close this case. This dismissal renders **MOOT** the plaintiff Kevin J. Ickes' motion for a preliminary injunction (Doc. 3), Ickes' motion to certify class (Doc. 4), the defendants' motion for partial summary judgment (Doc. 36), and Magistrate Judge Williams' Reports and Recommendations (Docs. 39 & 40).

**IT IS SO ORDERED.**
**DATED:   August 16, 2016**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**